UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
Case No. 1:12-CV-101-R

**M.T., A MINOR, BY AND THROUGH
ANITA THOMAS, HER NEXT FRIEND;
C.R., A MINOR, BY AND THROUGH
JEREMY REYNOLDS, HIS NEXT FRIEND,
C.H., A MINOR, BY AND THROUGH CARA
WILLOUGHBY, HER NEXT FRIEND, WANDA
BISHOP, T.L., A MINOR, BY AND THROUGH
HIS NEXT FRIEND, NATASHA MARTIN, AND
Z.D., A MINOR, BY AND THROUGH HIS
NEXT FRIEND, SANDRA WADDLE**                                               PLAINTIFFS

V.

**TIMOTHY P. SAUM, SOUTHWESTERN ILLINOIS
BUS CO., LLC II D/B/A NEW IMAGE
TRAVEL, AND LAKELAND TOURS,
LLC D/B/A WORLDSTRIDES**                                                   DEFENDANTS

      **AND**                           **Case No. 1:12-CV-128-R**
                      (Consolidated with 1:12-CV-101-R)

**LYNDA PROBUS, M.P., by and
through her parent and next friend,
Lynda Probus, MELISSA CRADDOCK,
MICHAEL CRADDOCK, TRACY SULLIVAN,
BLAKE SULLIVAN, LORI CHAPMAN, DEIDRE
DAY, L.D., by and through his parent and next friend, Deidre
Day, CHARLA HIGHBAUGH, and Z.H., by and
through his parent and next friend Charla Highbaugh**                       PLAINTIFFS

V.

**TIMOTHY P. SAUM, SOUTHWESTERN ILLINOIS
BUS COMPANY, LLC II D/B/A/ NEW IMAGE
TRAVEL, and LAKELAND TOURS, LLC D/B/A
WORLDSTRIDES**                                                             DEFENDANTS

## ORDER OF CONSOLIDATION

      A telephonic conference was held on August 22, 2012.

      It appears that the above cases have the same or very similar causes of action. The Court has considered the matter and by agreement of counsel for the parties,

      **IT IS ORDERED** that the cases are consolidated.

      **IT IS FURTHER ORDERED** that **Case No. 1:12-CV-128-R is administratively <u>DISMISSED</u>.**

      **IT IS FURTHER ORDERED** that all complaints causes of action, answers, defenses and other pleadings in the dismissed case shall be incorporated by reference now as part of Case No. **<u>1:12-CV-101-R.</u>** (Docket #12 granted)

cc: Counsel