UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

CIVIL ACTION NO. 1:12-CV-00101-TBR

*ELECTRONICALLY FILED*

M.T., A MINOR, BY AND THROUGH
ANITA THOMAS, HER NEXT FRIEND;
C.R., A MINOR, BY AND THROUGH
JEREMY REYNOLDS, HIS NEXT FRIEND,
C.H., A MINOR, BY AND THROUGH CARA
WILLOUGHBY, HER NEXT FRIEND, WANDA
BISHOP, T.L., A MINOR, BY AND THROUGH
HIS NEXT FRIEND, NATASHA MARTIN, AND
Z.D., A MINOR, BY AND THROUGH HIS
NEXT FRIEND, SANDRA WADDLE                                                  PLAINTIFFS

VS.                             FIRST AMENDED COMPLAINT

TIMOTHY P. SAUM, SOUTHWESTERN ILLINOIS
BUS CO., LLC II D/B/A NEW IMAGE
TRAVEL, AND LAKELAND TOURS,
LLC D/B/A WORLDSTRIDES                                                      DEFENDANTS

****************

    Come the Plaintiffs, by counsel, and for their cause of action herein state and allege as follows:

    1.    The Plaintiffs, Wanda Bishop, Z.D., a minor, and T.L., a minor, adopt, reaffirm and hereby incorporate by reference the Complaint as if set out fully at length herein.

    2.    That as a direct and proximate result of the negligence of the Defendants as more fully described in the Complaint, the Plaintiffs, Wanda Bishop, Z.D., a minor, T.L., a minor,

M.T., a minor, C.R., a minor and C. H., a minor, have each sustained severe and permanent bodily injuries for which each has in the past, and will in the future, suffer great physical and mental pain and anguish. The Plaintiff, Wanda Bishop, has been caused to sustain the loss of wages from her employment during such time as she has recuperated from her injuries.

3. That as a direct and proximate result of the negligence of the Defendants the Plaintiffs, Wanda Bishop, Z.D., a minor, T.L., a minor, M.T., a minor, C.R., a minor and C. H., a minor, have each suffered the impairment of power to earn money in the future.

4. The Plaintiffs, Wanda Bishop, Z.D., a minor, T.L., a minor, M.T., a minor, C.R., a minor and C. H., a minor, have each been required in the past to expend more than $1,000.00 for reasonable and necessary medical expenses for treatment of the injuries sustained in the collision described herein, and will be required in the future to expend additional sums of money for treatment.

5. Upon information and belief, the Plaintiffs, Wanda Bishop, Z.D., a minor, T.L., a minor, M.T., a minor, C.R., a minor and C. H., a minor, have each sustained permanent injuries and/or each is at greater risk of future bodily harm.

6. Plaintiffs, and each of them, demand judgment against the Defendants, jointly and severally, for compensatory damages in an amount not to exceed $1,000,000.00.

7. Plaintiffs, and each of them, demand judgment against the Defendants, jointly and severally, for punitive and exemplary damages in an amount not to exceed $1,000,000.00.

**WHEREFORE,** the Plaintiffs, Wanda Bishop, Z.D., a minor, T.L., a minor, M.T., a minor, C.R., a minor and C. H., a minor, each demand the following:

1. Judgment against Defendants, jointly and severally, for compensatory and punitive damages in sums as may be awarded by the trier of fact and identified in paragraphs six and seven, *supra*.;

2. Trial by jury;

3. Court costs expended herein; and,

4. Any and all other just and proper relief to which the Plaintiffs appear entitled.

This August 14, 2012.

        /s/ Mike Breen
Mike Breen
MIKE BREEN ATTORNEY AT LAW, P.S.C.
870 Fairview Ave., Suite 5
P O Box 3310
Bowling Green, KY  42102-3310
Telephone (270) 782-3030

### Certificate of Service

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Douglas W. Rennie, Esq.
Chad M. Sizemore, Esq.
MONTGOMERY, RENNIE & JONSON
36 E. Seventh St., Suite 2100
Cincinnati, OH  45202

This August 14, 2012.

        /s/ Mike Breen
Mike Breen